UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WATKINS, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>AVALONBAY COMMUNITIES, INC. et al.,<br><br>                                    Defendants. | Lead Case No.:  25-cv-01119-AJB-BLM<br>Consolidated with:<br>Case No. 26-cv-02966-AJB-JAC<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO CONSOLIDATE**<br><br>**(Doc. No. 102)** |

Before the Court is a joint motion seeking to consolidate *Julia Brucato, et al. v. AvalonBay Communities, Inc.*, Case No. 26-cv-02966-AJB-JAC (S.D. Cal.) (the "*Renault* Action") with the instant action (the "*Watkins* Action"). (Doc. No. 102.) The joint motion is made pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Civil Local Rule 40.1, and pursuant to the parties' stipulation prior to transfer to this district (*see Renault* Action, Doc. No. 64). Good cause appearing, the Court **GRANTS** the joint motion and further **ORDERS**:

1.     The *Renault* Action is consolidated with the *Watkins* Action for all purposes pursuant to the terms of the parties' pre-transfer stipulation (*Renault* Action, Doc. No. 64), which is incorporated herein by reference;

25-cv-01119-AJB-BLM

2.      The *Watkins* Action will serve as the lead case, and all future filings are to be made in this Court under Case No. 25-cv-01119-AJB-JAC, unless otherwise ordered;

3.      In accordance with the *Renault* parties' pre-transfer stipulation (*Renault* Action, Doc. No. 64) and the *Renault* court's May 8, 2026 transfer order (*Renault* Action, Doc. No. 65), a joint consolidated amended class action complaint must be filed by Plaintiffs within **twenty-one days** of this Court's ruling on AvalonBay's pending Partial Motion to Dismiss the Second Amended Complaint (*Watkins* Action, Doc. No. 84); and

4.      The joint consolidated amended class action complaint must comply with the parties' stipulations (*Renault* Action, Doc. No. 64; *Watkins* Action, Doc. No. 102) in all respects.

**IT IS SO ORDERED.**

Dated:  July 7, 2026

Hon. Anthony J. Battaglia
United States District Judge

2

25-cv-01119-AJB-BLM